# Court of Appeals
# of the State of Georgia

ATLANTA,___March 23, 2015_____

*The Court of Appeals hereby passes the following order:*

## A14A2083. RES-GA RW, LLC v. PRIDGEN et al.

"This [C]ourt has a duty to inquire into its jurisdiction to entertain each appeal." *Eshleman v. Key*, 326 Ga. App. 883, 884 (1) (755 SE2d 926) (2014). This appeal arises from the entry of judgment on the pleadings in favor of the defendants (collectively "Pridgen") in an action brought by RES-GA RW, LLC, seeking to avoid certain alleged fraudulent transfers in order to collect on a judgment against certain defendants obtained on a promissory note and guaranty. The appellant, RES-GA RW, LLC, raises issues concerning whether Pridgen's conduct and certain corporate structures resulted in fraudulent transfers under OCGA §§ 18-2-74 & 18-2-75, thereby allowing the plaintiff access to certain corporate distributions to satisfy a judgment in its favor.

Both parties state in their appellate briefs that the underlying judgment serving as the premise of the plaintiff's claims was set aside during the pendency of this appeal on March 20, 2014, by the United States District Court in the Northern District of Georgia. This raises the question whether the case is moot because if there is no judgment upon which to proceed, resolution of the appeal "would amount to the determination of an abstract question not arising upon existing facts or rights." *Collins v. Lombard Corp.*, 270 Ga. 120, 122 (1) (508 SE2d 653) (1998). Further, we note that a provision of the corporate operating agreement being challenged – stating that a husband's interest in a company shall become 100 percent vested in his wife if the husband's interest becomes subject to an adverse priority lien by way of judgment – potentially has not been implicated in light of the lack of an existing judgment against the husband. Finally, the parties also do not dispute that another

action on the alleged debt has been filed in Cobb County Superior Court.

Accordingly, in light of the above, the case is REMANDED for the trial court to obtain the current status of the relevant litigation and determine whether the instant appeal has been rendered moot. That decision, including any issue remaining in this appeal, may be appealed by the filing of a notice of appeal within 30 days after entry of the order.



*Court of Appeals of the State of Georgia*

       *Clerk's Office, Atlanta,* _____03/23/2015_____

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*